TIMOTHY C. DAVIS (SBN 60936)
tdavis@sfdavislaw.com
EMMETT GILMAN (SBN 196414)
egilman@sfdavislaw.com
THE DAVIS LAW FIRM
A Professional Law Corporation
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone: (415) 278-1400
Facsimile: (415) 278-1401

Attorneys for Defendant
JAD SAN PABLO LLC

SIDNEY J. COHEN (SBN 39023)
sjc5143@aol.com
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>JAD SAN PABLO LLC.<br><br>    Defendant. | Case No.: C 09-06025 CRB<br><br>**STIPULATION TO CONTINUE DATE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>[Civil L.R. 6-1 (a)] |

Pursuant to Rule 6-1 of the Local Rules for the United States District Court, Northern District of California, the parties, by and through counsel, hereby stipulate that Defendant JAD SAN PABLO LLC ("Defendant") shall be allowed an extension of time to file a responsive pleading. The Davis Law Firm was not appointed as counsel of record for Defendant until January 20, 2010 and there have been no prior extensions of time to respond to Plaintiff Carolyn Martin's ("Plaintiff") Complaint. The revised deadline for Defendant to respond to Plaintiff's Complaint will be February 5, 2010.

//

//

2997.010          {00025368} 1          Case No.: C 09-06025 CRB
STIPULATION TO CONTINUE DATE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING

| | | |
|---|---|---|
| 1 | DATED: January 21, 2010 | SIDNEY J. COHEN PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: _____ |
| 4 | | SIDNEY J. COHEN<br>Attorney for Plaintiff |

DATED: January 21, 2010        THE DAVIS LAW FIRM

By:   /s/ Emmett Gilman
      EMMETT GILMAN
      Attorneys for Defendant

Signed:  January 29, 2010



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA