1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA  94610
3  Telephone:  (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN MARTIN | CASE NO.  C 09-06025 CRB |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| V. | **STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO APRIL 30, 2010 TO CONDUCT "MEET AND CONFER"** |
| JAD SAN PABLO LLC; and DOES 1-25, Inclusive, | |
| Defendants. | |
| / | **(Local Rule 6-2)** |

(Note: "PROPOSED" is shown with strikethrough)

## STIPULATION

Plaintiff Carolyn Martin, by and through her attorney, and Defendant JAD SAN PABLO LLC , by and through its attorney, stipulate to an enlargement of time from April 16, 2010 to April 30, 2010 to conduct the "meet and confer" required by paragraph 4 of General Order 56 and,   for the reasons stated in the declaration of Sidney J. Cohen set forth below, request  that the Court order an enlargement  to the April 30, 2010 date.

Date: 4/16/10     SIDNEY J. COHEN
                  PROFESSIONAL CORPORATION

                  /s/ Sidney J. Cohen
                  _____
                  SIDNEY J. COHEN
                  Attorney for Plaintiff Carolyn Martin

Date: 4/16/10     THE DAVIS LAW FIRM

                  /s/ Marguerite E. Meade
                  _____
                  Marguerite E. Meade
                  Attorneys for Defendant JAD San Pablo LLC

## DECLARATION OF SIDNEY J. COHEN

I, Sidney J. Cohen, declare as follows:

1.   I am counsel for Plaintiff Carolyn Martin in this action. I am an attorney in good standing and licensed to practice in the courts of California, in the United States District Courts for the Northern, Eastern, and Central Districts, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court. If called upon to testify, I would testify as follows:

2.   On April 2, 2010 the parties, their counsel, and their consultants attended the joint site inspection required by paragraph 4 of General Order 56.

3.   On April 12, 2010 plaintiff's consultant completed his 44page Report, which  identifies each of  the 90 barriers to access which plaintiff asserts

Stipulation And [Proposed] Order For Enlargment Of Time   -1-

are present at the property and premises which is the subject of the lawsuit which sets forth the state and federal regulations for each alleged barrier which plaintiff claims requires remediation work, and which sets forth the scope of work to remove each alleged barrier which plaintiff asserts is required to bring the property and premises into compliance with the federal and state regulations for access.

4.  Because of the parties', counsels', and consultants' conflicting schedules, and because of the time required for the preparation of the Report by plaintiff's consultant and the time required for review of the Report by defendant's consultant, it has not been possible to schedule the "meet and confer" to take place by the April 16, 2010 deadline.

5.  There here has been one modification made to the deadlines imposed by statute, rule of court, or by the Court in this Action. The modification was a Stipulation to extend the time for defendant to respond to the complaint.

9   With the exception of the April 16, 2010 deadline to hold the "meet and confer," which is the deadline that is the subject of this request for an enlargement of time, the extension of the deadline to April 30, 2010 to hold the "meet and confer in the case will not effect any time lines or deadlines established by statute, rule of court, or the Court in this Action.

11.  For the reasons stated above, the parties are by this stipulation requesting that the Court extend the meet and confer deadline from April 16, 2010 to April 30, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 16, 2010 in the City of Oakland, California.

/s/ Sidney J. Cohen

_____
Sidney J. Cohen

**ORDER ENLARGING TIME TO CONDUCT MEDIATION**

1. Upon the stipulated request made by the parties in this Action, the Court finds good cause to enlarge the "meet and confer" deadline from April 15, 2010 to April 30, 2010.

2. The Court orders that the date by which the parties are to conduct the "meet and confer" is enlarged from April 15, 2010 to April 30, 2010.

IT IS SO ORDERED.

Date:  April 21, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

