1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN | CASE NO. C 09-06025 CRB |
| Plaintiff, | <u>Civil Rights</u> |
| V. | **STIPULATION AND ORDER FOR DISMISSAL** |
| JAD SAN PABLO LLC; and DOES 1-25, Inclusive, | FRCP section 41 |
| Defendants. | |

Plaintiff Carolyn Martin and defendant JAD San Pablo LLC, by and through their attorneys of record, file this Stipulation And Order For Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on December 23, 2009.

Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement " states in part that "The court shall retain jurisdiction to enforce the terms of this Settlement Agreement, and this Settlement Agreement shalleither be an exhibit to the dismissal of the action or incorporated by reference in the dismissal as if set forth in full." Plaintiff and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

1 | Defendant, who has answered the complaint, agrees to the dismissal.
2 | This case is not a class action, and no receiver has been appointed.
3 | This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.
6 | Wherefore, plaintiff and defendant, by and through their attorneys of record, so stipulate.

Date: 9/3/10

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff
Carolyn Martin

Date: 9/3/10

THE DAVIS LAW FIRM

/s/ Marguerite E. Meade
_____
Marguerite E. Meade
Attorneys for Defendant JAD San Pablo LLC

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:   September 8, 2010

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*